UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANN KING                                                                       CIVIL ACTION

VERSUS                                                                         NO. 20-2070

BORDELON MARINE, L.L.C.                                          SECTION "R" (1)


## ORDER AND REASONS

Before the Court is the parties' joint motion to continue the trial and other pretrial deadlines.[1] Trial in this matter is currently scheduled for March 28, 2022.[2]

The parties represent that, in a related case, *Encore Group, LLC v. King*, also pending before this Court, Encore filed a motion for an independent medical examination by a court-appointed physician. The Court has not ruled on the motion. The parties state that, because "there remain medical issues which need clarity," they will not be ready for the current trial date.[3] Specifically, the parties note that, because they are waiting to hear whether plaintiff's physician will recommend a lumbar fusion, and whether defendant's and other experts will agree with that

---

[1]    R. Doc. 15.
[2]    R. Doc. 10.
[3]    R. Doc. 15-1 at 1-2.

recommendation, additional time is needed before the case proceeds to trial.[4]

The Court finds that the parties have shown good cause to continue the trial and other unexpired pretrial deadlines set out in the Court's scheduling order.[5] *See* Fed. R. Civ. P. 16(b)(4). The Court therefore GRANTS the motion.

A preliminary conference will be held **BY TELEPHONE** on **Tuesday, March 29th, 2022**, at **9:30 a.m.** for the purpose of rescheduled the continued deadlines, a pretrial conference, and trial on the merits. The parties shall call in for the teleconference using phone number 888-278-0296 and access code 7415986. The Court will be represented at the conference by its Case Manager.

New Orleans, Louisiana, this __8th__ day of March, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] *Id.*
[5] R. Doc. 10.

2